CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, BRIAN WHITAKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br>v.<br><br>PINA A. KALFA, in individual and representative capacity as trustee of Civan & Pina Kalfa Exemption Trust dated March 22, 2011; ITALIAN MIRACLE PASTA, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:19-CV-08806-AB-RAO<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

    The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

    The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

                            CENTER FOR DISABILITY ACCESS

Dated: January 2, 2020      By: /s/ Amanda Lockhart Seabock
                                        Amanda Lockhart Seabock
                                        Attorney for Plaintiff