CENTER FOR DISABILITY ACCESS
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN WHITAKER, | **Case:** 2:19-CV-08806-AB-RAO |
|---|---|
| Plaintiff, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| v. | |
| PINA A. KALFA, in individual and representative capacity as trustee of Civan & Pina Kalfa Exemption Trust dated March 22, 2011; ITALIAN MIRACLE PASTA, INC., a California Corporation; and Does 1-10, | Fed. R. Civ. P. 41(a)(1)(A)(i) |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Pina A. Kalfa and Italian Miracle Pasta, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: February 5, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff